UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

KENNETH KRYS and CHRISTOPHER STRIDE as
Joint Official Liquidators of SPHINX LTD., *et al.*,

                Plaintiffs,

    -against-

CHRISTOPHER SUGRUE, *et al.*,

                Defendants.

------------------------------------------------------------- x

Index No. 08 Civ. ____

STATEMENT OF DEFENDANT BAWAG PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local Civil Rule 1.9 of the Local Rules of the United States District Court for the Southern District of New York), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Bank für Arbeit und Wirtschaft und Österreichische Postsparkasse Aktiengesellschaft ("BAWAG"), by and through its attorneys, Dechert LLP, certifies that there is no corporation that is a parent entity and no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       March 26, 2008

DECHERT LLP

By: _____
    Nicolle L. Jacoby (NJ 8682)
    Joel H. Levitin (JL 5814)
    Juliet Sarkessian (JS 2148)
    Brian H. Brick (BB 2849)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
nicolle.jacoby@dechert.com

*Counsel for Bank für Arbeit und Wirtschaft und Österreichische Postsparkasse Aktiengesellschaft*