UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

KENNETH KRYS and CHRISTOPHER STRIDE as
Joint Official Liquidators of SPHINX LTD., *et al.*,

                         Plaintiffs,

      -against-

CHRISTOPHER SUGRUE, *et al.*,

                         Defendants.
------------------------------------------------- x

Index No. 08 Civ. 3065

**<u>NOTICE OF MOTION</u>**

      PLEASE TAKE NOTICE that, upon the affidavit of Brian H. Brick, sworn to April 2, 2008, and the exhibits thereto, the accompanying memorandum of law, and upon all the pleadings and proceedings had herein, defendant Bank für Arbeit und Wirtschaft und Österreichische Postsparkasse Aktiengesellschaft ("BAWAG") will move this Court at the United States Courthouse located at 500 Pearl Street, New York, New York for an order, pursuant to 28 U.S.C. § 157 and the July 10, 1984 standing order of reference to bankruptcy judges signed by then-Acting Chief Judge Robert J. Ward, referring Counts XXIV, XXV, and XXVII of the complaint in the above-captioned action as alleged against BAWAG to the United

States Bankruptcy Court for the Southern District of New York and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
April 2, 2008

                                    DECHERT LLP

                                    By: /s/ Nicolle L. Jacoby
                                        Nicolle L. Jacoby
                                        Joel H. Levitin
                                        Brian H. Brick
                                        30 Rockefeller Plaza
                                        New York, New York 10112
                                        (212) 698-3500
                                        nicolle.jacoby@dechert.com

                                        *Attorneys for Bank für Arbeit und*
                                        *Wirtschaft und Österreichische*
                                        *Postsparkasse Aktiengesellschaft*


TO:    BROWN RUDNICK BERLACK ISRAELS LLP
         Seven Times Square
         Times Square Tower
         New York, New York 10036

         and

         BEUS GILBERT PLLC
         4800 North Scottsdale Road, Suite 6000
         Scottsdale, Arizona 85251

         *Attorneys for Plaintiffs*