## CERTIFICATE OF SERVICE

I, Brian H. Brick, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, hereby certify that on April 2, 2008, I caused to be served by Federal Express true and correct copies of the Notice of Motion, Affidavit of Brian H. Brick, sworn to April 2, 2008, with exhibits thereto, and Memorandum of Law in Support of Defendant BAWAG's Motion to Refer Counts XXIV, XXV, and XXVII of the Complaint As Alleged Against BAWAG to Bankruptcy Court on the individuals shown below:

> BROWN RUDNICK BERLACK ISRAELS LLP
> Seven Times Square
> Times Square Tower
> New York, New York  10036
> Attn:  Andrew Dash, Esq.
>
> and
>
> BEUS GILBERT PLLC
> 4800 North Scottsdale Road, Suite 6000
> Scottsdale, Arizona  85251
> Attn:  Leo R. Beus, Esq.
>
> *Attorneys for Plaintiffs*

Dated: New York, New York
April 2, 2008

_____
Brian H. Brick