UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER              :
STRIDE, as JOINT OFFICIAL LIQUIDATORS of     :
SPHINX LTD., SPHINX STRATEGY FUND            :    Case No. 08-cv-3065
LTD.; SPHINX PLUS SPC LTD., SPHINX           :
DISTRESSED LTD., SPHINX MERGER               :
ARBITRAGE LTD.; SPHINX SPECIAL               :
SITUATIONS LTD., SPHINX MACRO LTD.;          :
SPHINX LONG/SHORT EQUITY LTD.; SPHINX        :
MANAGED FUTURES LTD.; SPHINX EQUITY          :    **NOTICE OF**
MARKET NEUTRAL LTD.; SPHINX                  :    **APPEARANCE**
CONVERTIBLE ARBITRAGE LTD.; SPHINX           :
FIXED INCOME ARBITRAGE LTD.; SPHINX          :
DISTRESSED FUND SPC; SPHINX MERGER           :
ARBITRAGE FUND SPC; SPHINX SPECIAL           :
SITUATIONS FUND SPC; SPHINX MACRO            :
FUND SPC; SPHINX LONG/SHORT EQUITY           :
FUND SPC; SPHINX MANAGED FUTURES             :
FUND SPC; SPHINX EQUITY MARKET               :
NEUTRAL FUND SPC; SPHINX CONVERTIBLE         :
ARBITRAGE FUND SPC; SPHINX FIXED             :
INCOME ARBITRAGE FUND SPC; PLUSFUNDS         :
MANAGED ACCESS FUND SPC LTD.;                :
KENNETH M. KRYS and CHRISTOPHER              :
STRIDE as assignees of claims assigned by MIAMI :
CHILDREN'S HOSPITAL FOUNDATION, OFI,         :
GREEN & SMITH INVESTMENT                     :
MANAGEMENT LLC, THALES FUND                  :
MANAGEMENT LLC, KELLNER DILEO & CO.,         :
LLC, MARTINGALE ASSET MANAGEMENT             :
LP, LONGACRE FUND MANAGEMENT LLC,            :
ARNHOLD & S. BLEICHROEDER ADVISERS           :
LLC, PICTET & CIE, RGA AMERICA               :
REINSURANCE COMPANY, DEUTSCHE BANK           :
(SUISSE) SA, ARAB MONETARY FUND,             :
HANSARD INTERNATIONAL LTD.,                  :
CONCORDIA ADVISORS LLC, GABELLI              :
SECURITIES, INC., CITCO GLOBAL               :
CUSTODY; and JAMES P. SINCLAIR as Trustee    :
of the SPHINX TRUST,                         :
                                             :
                    Plaintiffs,              :
                                             :

|  |  |
|---|---|
| -against- | : |
|  | : |
| CHRISTOPHER SUGRUE; MARK KAVANAGH; BRIAN OWENS; PRICEWATERHOUSECOOPERS L.L.P.; MARI FERRIS; PRICEWATERHOUSECOOPERS CAYMAN ISLANDS; GIBSON, DUNN & CRUTCHER LLP; REFCO ALTERNATIVE INVESTMENTS LLC; GRANT THORNTON LLP; MARK RAMLER; ERNST & YOUNG U.S. LLP; MAYER BROWN LLP f/k/a MAYER BROWN ROWE & MAW LLP; JOSEPH COLLINS; EDWARD S. BEST; PAUL KOURY; PHILLIP R. BENNETT; ROBERT C. TROSTEN; TONE GRANT; SANTO MAGGIO; THOMAS HACKL; DENNIS KLEJNA; BAWAG P.S.K. BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTPARKASSE AKTIENGESELLSEHAFT; JP MORGAN CHASE & CO.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC; BANC OF AMERICA SECURITIES LLC; THOMAS H. LEE PARTNERS, L.P.; THOMAS H. LEE ADVISORS, LLC; THL MANAGERS V, LLC; THL EQUITY ADVISORS V, L.P.; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P.; THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.; THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP; 1997 THOMAS H. LEE NOMINEE TRUST; THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; SCOTT A. SCHOEN; WILLIAM T. PIGOTT; LIBERTY CORNER CAPITAL STRATEGIES, LLC; EMF FINANCIAL PRODUCTS LLC; EMF CORE FUND LTD.; DELTA FLYER FUND LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO., INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC, f/k/a COAST ASSET MANAGEMENT LP; CS LAND MANAGEMENT LLC; CHRISTOPHER PETTIT; REFCO GROUP HOLDINGS, INC.; and REFCO ASSOCIATES, INC., | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |

------------------------------------------------------------------X

8180947                                          2

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**Plaintiffs**

I certify that I am admitted to practice in this court.

April 4, 2008
Date

/s/ David J. Molton
Signature

David J. Molton        DM-1106
Print Name              Bar Number

Seven Times Square
Address

New York        NY        10036
City            State     Zip Code

(212) 209-4822        (212) 209-4801
Phone Number          Fax Number

8180947        3