UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
KENNETH M. KRYS et al.,                  :
            Plaintiffs,           :  No. 08 Civ. 3065 (GEL)
  -against-                             :  **ECF Case**
CHRISTOPHER SUGRUE et al.,               :
            Defendants.           :
---------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Timothy M. Kerr, a member of good standing in this Court, enters his appearance as counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter.

Dated: New York, New York          Respectfully submitted,
      April 17, 2008

                                          /s/ Timothy M. Kerr
                                          Timothy M. Kerr (TK 3979)
                                          Cooley Godward Kronish LLP
                                          1114 Avenue of the Americas
                                          New York, NY 10036-7798
                                          Phone: (212) 479-6000
                                          Fax:   (212) 479-6275

## **CERTIFICATE OF SERVICE**

    I, Timothy M. Kerr, hereby certify that on this 17th day of April, 2008, I caused a true and correct copy of the Notice of Appearance of Timothy M. Kerr on behalf of Joseph P. Collins to be filed electronically. Notice of this filing will be electronically mailed to all parties registered with the Court's electronic filing system.

                                                                             /s/ Timothy M. Kerr
                                                                             Timothy M. Kerr (TK 3979)