```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
KENNETH M. KRYS et al.,                 :
                  Plaintiffs,           :  No. 08 Civ. 3065 (GEL)
      -against-                         :  ECF Case
CHRISTOPHER SUGRUE et al.,              :
                  Defendants.           :
--------------------------------------- X
```

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Jonathan P. Bach, a member of good standing in this Court, enters his appearance as lead counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter.

Dated: New York, New York          Respectfully submitted,
       April 17, 2008

                                      /s/ Jonathan P. Bach
                                      Jonathan P. Bach (JB 9710)
                                      Cooley Godward Kronish LLP
                                      1114 Avenue of the Americas
                                      New York, NY 10036-7798
                                      Phone: (212) 479-6000
                                      Fax:   (212) 479-6275

## **CERTIFICATE OF SERVICE**

      I, Jonathan P. Bach, hereby certify that on this 17th day of April, 2008, I caused a true and correct copy of the Notice of Appearance of Jonathan P. Bach on behalf of Joseph P. Collins to be filed electronically. Notice of this filing will be electronically mailed to all parties registered with the Court's electronic filing system.

                                                                                                      /s/ Jonathan P. Bach
                                                                                                       Jonathan P. Bach (JB 9710)