David Molton (DM 1106)
Andrew Dash (AD 7913)
**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

Leo R. Beus
Dennis K. Blackhurst
**BEUS GILBERT PLLC**
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: (480) 429-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
In re REFCO INC. SECURITIES LITIGATION    :   Case No. 07-md-1902 (GEL)
:
------------------------------------------------------------X

This Document Relates to:

------------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER              :
STRIDE, as JOINT OFFICIAL LIQUIDATORS         :
of SPHINX LTD., SPHINX STRATEGY FUND          :   Case No. 08-cv-3065 (GEL)
LTD.;                                          :
SPHINX PLUS SPC LTD., SPHINX                   :   Case No. 08-cv-3086 (GEL)
DISTRESSED LTD., SPHINX MERGER                 :
ARBITRAGE LTD.; SPHINX SPECIAL                 :
SITUATIONS LTD., SPHINX MACRO LTD.;           :
SPHINX LONG/SHORT EQUITY LTD.;                 :
SPHINX MANAGED FUTURES LTD.; SPHINX           :   **NOTICE OF MOTION**
EQUITY MARKET NEUTRAL LTD.; SPHINX            :   **FOR REMAND AND/OR**
CONVERTIBLE ARBITRAGE LTD.; SPHINX            :   <u>**ABSTENTION**</u>
FIXED INCOME ARBITRAGE LTD.; SPHINX           :
DISTRESSED FUND SPC; SPHINX MERGER            :
ARBITRAGE FUND SPC; SPHINX SPECIAL            :
SITUATIONS FUND SPC; SPHINX MACRO             :
FUND SPC; SPHINX LONG/SHORT EQUITY            :
FUND SPC; SPHINX MANAGED FUTURES              :
FUND SPC; SPHINX EQUITY MARKET                :
NEUTRAL FUND SPC; SPHINX                       :
CONVERTIBLE ARBITRAGE FUND SPC;               :
SPHINX FIXED INCOME ARBITRAGE FUND            :
SPC; PLUSFUNDS MANAGED ACCESS FUND            :
SPC LTD.; KENNETH M. KRYS and                 :

CHRISTOPHER STRIDE as assignees of claims         :
assigned by MIAMI CHILDREN'S HOSPITAL             :
FOUNDATION, OFI, GREEN & SMITH                    :
INVESTMENT MANAGEMENT LLC, THALES                 :
FUND MANAGEMENT LLC, KELLNER                      :
DILEO & CO., LLC, MARTINGALE ASSET                :
MANAGEMENT LP, LONGACRE FUND                      :
MANAGEMENT LLC, ARNHOLD & S.                      :
BLEICHROEDER ADVISERS LLC, PICTET &               :
CIE, RGA AMERICA REINSURANCE                      :
COMPANY, DEUTSCHE BANK (SUISSE) SA,               :
ARAB MONETARY FUND, HANSARD                       :
INTERNATIONAL LTD., CONCORDIA                     :
ADVISORS LLC, GABELLI SECURITIES, INC.,           :
CITCO GLOBAL CUSTODY; and JAMES                   :
P. SINCLAIR as Trustee of the SPHINX TRUST,       :
                                                  :
                Plaintiffs,                           :
                                                  :
                -against-                            :
                                                  :
CHRISTOPHER SUGRUE; MARK                          :
KAVANAGH; BRIAN OWENS;                            :
PRICEWATERHOUSECOOPERS L.L.P.; MARI               :
FERRIS; PRICEWATERHOUSECOOPERS                    :
CAYMAN ISLANDS; GIBSON, DUNN &                    :
CRUTCHER LLP; REFCO ALTERNATIVE                   :
INVESTMENTS LLC; GRANT THORNTON                   :
LLP; MARK RAMLER; ERNST & YOUNG U.S.              :
LLP; MAYER BROWN LLP f/k/a MAYER                  :
BROWN ROWE & MAW LLP; JOSEPH                      :
COLLINS; EDWARD S. BEST; PAUL KOURY;              :
PHILLIP R. BENNETT; ROBERT C. TROSTEN;            :
TONE GRANT; SANTO MAGGIO; THOMAS                  :
HACKL; DENNIS KLEJNA; BAWAG P.S.K.                :
BANK FUR ARBEIT UND WIRTSCHAFT UND                :
OSTERREICHISCHE POSTPARKASSE                      :
AKTIENGESELLSCHAFT; JP MORGAN                     :
CHASE & CO.; CREDIT SUISSE SECURITIES             :
(USA) LLC f/k/a CREDIT SUISSE FIRST               :
BOSTON LLC; BANC OF AMERICA                       :
SECURITIES LLC; THOMAS H. LEE                     :
PARTNERS, L.P.; THOMAS H. LEE                     :
ADVISORS, LLC; THL MANAGERS V, LLC;               :
THL EQUITY ADVISORS V, L.P.; THOMAS H.            :
LEE EQUITY FUND V, L.P.; THOMAS H. LEE            :
PARALLEL FUND V, L.P.; THOMAS H. LEE              :
EQUITY (CAYMAN) FUND V, L.P.; THOMAS              :
H. LEE INVESTORS LIMITED PARTNERSHIP;             :

```
1997 THOMAS H. LEE NOMINEE TRUST;            :
THOMAS H. LEE; DAVID V. HARKINS;             :
SCOTT L. JAECKEL; SCOTT A. SCHOEN;           :
WILLIAM T. PIGOTT; LIBERTY CORNER            :
CAPITAL STRATEGIES, LLC; EMF                 :
FINANCIAL PRODUCTS LLC; EMF CORE             :
FUND LTD.; DELTA FLYER FUND LLC; ERIC        :
M. FLANAGAN; INGRAM MICRO, INC.; CIM         :
VENTURES, INC.; BECKENHAM TRADING            :
CO., INC.; ANDREW KRIEGER; COAST             :
ASSET MANAGEMENT, LLC, f/k/a COAST           :
ASSET MANAGEMENT LP; CS LAND                 :
MANAGEMENT LLC; CHRISTOPHER                  :
PETTIT; and REFCO GROUP HOLDINGS,            :
INC.; and REFCO ASSOCIATES, INC.,            :
                                             :
                    Defendants               :
-----------------------------------------------------------X
```

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of David J. Molton dated April 25, 2008 (the "Molton Declaration"), and the exhibits attached thereto, the annexed Declaration of Stephen G. Crane, dated April 23, 2008 (the "Crane Declaration), and the exhibits attached thereto, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Remand and/or Abstention, dated April 25, 2008, and upon all of the pleadings and papers heretofore filed herein, plaintiffs Kenneth M. Krys, et al., by and through their undersigned counsel, move this Court for remand and/or abstention.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Scheduling Order dated April 9, 2008, all opposition papers, if any, shall be filed no later than 30 days after service of this Motion, and Plaintiffs' reply papers shall be served no later than 14 days after the service of the last of the opposition papers to be served on Plaintiffs.

Dated: New York, New York
       April 25, 2008

                        Respectfully submitted,

                        **BROWN RUDNICK BERLACK ISRAELS LLP**

                        By: /s/ David J. Molton
                            David J. Molton (DM 1106)
                            Andrew Dash (AD 7913)
                            7 Times Square
                            New York, New York  10036
                            Telephone: (212) 209-4800
                            dmolton@brownrudnick.com
                            adash@brownrudnick.com

                                      and

                        **BEUS GILBERT PLLC**
                        Leo R. Beus
                        Dennis K. Blackhurst
                        4800 North Scottsdale Road, Suite 6000
                        Scottsdale, Arizona  85251
                        Telephone: (480) 429-3000
                        lbeus@beusgilbert.com
                        dblackhurst@beusgilbert.com

                        *Co-Counsel for Plaintiffs*