

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re REFCO, INC. SECURITIES LITIGATION     :     Case No. 07-md-1902 (GEL)

------------------------------------------------------X

This Document Relates To:

------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER             :
STRIDE, as JOINT OFFICIAL LIQUIDATORS        :
of SPHINX LTD., SPHINX STRATEGY FUND     :     Case No. 08-cv-3065 (GEL)
LTD.;                                                                          :
SPHINX PLUS SPC LTD., SPHINX                      :     Case No. 08-cv-3086 (GEL)
DISTRESSED LTD., SPHINX MERGER               :
ARBITRAGE LTD.; SPHINX SPECIAL                  :
SITUATIONS LTD., SPHINX MACRO LTD.;        :     AFFIDAVIT OF SERVICE
SPHINX LONG/SHORT EQUITY LTD.;                :
SPHINX MANAGED FUTURES LTD.; SPHINX    :
EQUITY MARKET NEUTRAL LTD.; SPHINX      :
CONVERTIBLE ARBITRAGE LTD.; SPHINX       :
FIXED INCOME ARBITRAGE LTD.; SPHINX      :
DISTRESSED FUND SPC; SPHINX MERGER        :
ARBITRAGE FUND SPC; SPHINX SPECIAL         :
SITUATIONS FUND SPC; SPHINX MACRO         :
FUND SPC; SPHINX LONG/SHORT EQUITY       :
FUND SPC; SPHINX MANAGED FUTURES         :
FUND SPC; SPHINX EQUITY MARKET              :
NEUTRAL FUND SPC; SPHINX                            :
CONVERTIBLE ARBITRAGE FUND SPC;           :
SPHINX FIXED INCOME ARBITRAGE FUND     :
SPC; PLUSFUNDS MANAGED ACCESS FUND    :
SPC LTD.; KENNETH M. KRYS and                   :
CHRISTOPHER STRIDE as assignees of claims  :
assigned by MIAMI CHILDREN'S HOSPITAL    :
FOUNDATION, OFI, GREEN & SMITH              :
INVESTMENT MANAGEMENT LLC, THALES    :
FUND MANAGEMENT LLC, KELLNER              :
DILEO & CO., LLC, MARTINGALE ASSET        :
MANAGEMENT LP, LONGACRE FUND             :
MANAGEMENT LLC, ARNHOLD & S.                :
BLEICHROEDER ADVISERS LLC, PICTET &    :
CIE, RGA AMERICA REINSURANCE                 :
COMPANY, DEUTSCHE BANK (SUISSE) SA,    :
ARAB MONETARY FUND, HANSARD              :
INTERNATIONAL LTD., CONCORDIA             :
ADVISORS LLC, GABELLI SECURITIES, INC., :
CITCO GLOBAL CUSTODY; and JAMES           :
P. SINCLAIR as Trustee of the SPHINX TRUST, :

                                          Plaintiffs,       :

D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

-against-

CHRISTOPHER SUGRUE; MARK KAVANAGH; BRIAN OWENS; PRICEWATERHOUSECOOPERS L.L.P.; MARI FERRIS; PRICEWATERHOUSECOOPERS CAYMAN ISLANDS; GIBSON, DUNN & CRUTCHER LLP; REFCO ALTERNATIVE INVESTMENTS LLC; GRANT THORNTON LLP; MARK RAMLER; ERNST & YOUNG U.S. LLP; MAYER BROWN LLP f/k/a MAYER BROWN ROWE & MAW LLP; JOSEPH COLLINS; EDWARD S. BEST; PAUL KOURY; PHILLIP R. BENNETT; ROBERT C. TROSTEN; TONE GRANT; SANTO MAGGIO; THOMAS HACKL; DENNIS KLEJNA; BAWAG P.S.K. BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTPARKASSE AKTIENGESELLSCHAFT; JP MORGAN CHASE & CO.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC; BANC OF AMERICA SECURITIES LLC; THOMAS H. LEE PARTNERS, L.P.; THOMAS H. LEE ADVISORS, LLC; THL MANAGERS V, LLC; THL EQUITY ADVISORS V, L.P.; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P.; THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.; THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP; 1997 THOMAS H. LEE NOMINEE TRUST; THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; SCOTT A. SCHOEN; WILLIAM T. PIGOTT; LIBERTY CORNER CAPITAL STRATEGIES, LLC; EMF FINANCIAL PRODUCTS LLC; EMF CORE FUND LTD.; DELTA FLYER FUND LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO., INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC, f/k/a COAST ASSET MANAGEMENT LP; CS LAND MANAGEMENT LLC; CHRISTOPHER PETTIT; and REFCO GROUP HOLDINGS, INC.; and REFCO ASSOCIATES, INC.,

  Defendants

-----------------------------------------X

STATE OF CALIFORNIA  )
    S.S.:
COUNTY OF LOS ANGELES )

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

JACK KESSLER, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

That on the 15th day of April, 2008, at approximately the time of 9:35 AM, deponent served a true copy of the FEDERAL SUMMONS ISSUED AND PLAINTIFF'S DEMAND FOR JURY TRIAL IN CIVIL ACTIONS 08-cv-3065 and 08-cv-3086; NOTICE OF REMOVAL FILED BY DEFENDANT BAWAG, 08-cv-3065; NOTICE OF REMOVAL FILED BY VARIOUS DEFENDANTS, 08-cv-3086; SUMMONS AND COMPLAINT FOR THE ACTION COMMENCED IN NEW YORK SUPREME COURT; PLAINTIFFS' STATEMENT PURSUANT TO BANKRUPTCY RULE 9027, 07-md-1902 and 08-cv-3065; PLAINTIFFS' STATEMENT PURSUANT TO BANKRUPTCY RULE 9027, 07-md-1902 and 08-cv-3086; NOTICE OF APPEARANCE FOR DAVID MOLTON, 07-md-1902 and 08-cv-3065; NOTICE OF APPEARANCE FOR ANDREW DASH, 07-md-1902 and 08-cv-3065; NOTICE OF APPEARANCE FOR DAVID MOLTON, 07-md-1902 and 08-cv-3086; AND NOTICE OF APPEARANCE FOR ANDREW DASH, 07-md-1902 and 08-cv-3086 upon CHRISTOPHER PETTIT, by personally delivering and leaving the same with CHRISTOPHER PETTIT at that address. At the time of service, deponent asked CHRISTOPHER PETTIT if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

CHRISTOPHER PETTIT is a white male, approximately 42 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 170 pounds with brown hair and blue eyes.

_____
JACK KESSLER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on
this ___ day of April, 2008 By
___JACK KESSLER___, personally
known to me or proved to me on the basis of
satisfactory evidence to be the person(s) who
appeared before me.

_____
NOTARY PUBLIC

JHA'NEE MARLENE CARTER
COMM. #1743388
Notary Public - California
Los Angeles County
My Comm. Expires May 4, 2011

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com