UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: REFCO INC., SECURITIES LITIGATION | 07 MDL Docket No. 1902 |
|---|---|
| THIS DOCUMENT RELATES TO: | |
| KENNETH M. KRYS, *et. al.*, Plaintiffs, - against - CHRISTOPHER SUGRUE, *et. al.*, Defendants. | No. 08-cv-3065 (GEL) **NOTICE OF APPEARANCE OF BRIAN SONG** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Coast Asset Management LLC and CS Land Management LLC in the above captioned action.

I certify that I am admitted to practice in this court.

Dated: May 15, 2008

Brian W. Song (BS1218)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

*Attorneys for Defendant Coast Asset Management LLC and CS Land Management LLC*