UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kenneth M. Krys, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 08 Civ. 3065 (GEL) |
| -against- | ) 08 Civ. 3086 (GEL) |
| | ) ECF case |
| Christopher Sugrue, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of Defendant Gibson, Dunn & Crutcher LLP, as counsel of record, and requests that all papers be served upon the undersigned.

Dated: May 20, 2008

GREGORY P. JOSEPH LAW OFFICES

Gregory P. Joseph (GJ-1210)
(gjoseph@josephnyc.com)
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: 212-407-1200
Fax: 212-407-1280
*Attorneys for Defendant Gibson, Dunn & Crutcher LLP*