UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH M. KRYS et al.,

    Plaintiffs,

v.

CHRISTOPHER SUGRUE et al.,

    Defendants.

Case No.  08 CV 3065 (GEL)
           08 CV 3086 (GEL)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
<u>**ON WRITTEN MOTION**</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

Upon the motion of David E. Mollón, attorney for Defendants Grant Thornton LLP ("Grant Thornton") and Mark Ramler, and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that

        LINDA T. COBERLY
        Winston & Strawn LLP
        35 West Wacker Drive
        Chicago, Illinois 60601
        (T) (312) 558-5600/(F) (312) 558-5700
        Lcoberly@winston.com

        BRADLEY E. LERMAN
        35 West Wacker Drive
        Chicago, Illinois 60601
        (T) (312) 558-5600/(F) (312) 558-5700
        Blerman@winston.com

        CATHERINE W. JOYCE
        35 West Wacker Drive
        Chicago, Illinois 60601
        (T) (312) 558-5600/(F) (312) 558-5700
        Cjoyce@winston.com

are admitted to practice *pro hac vice* as counsel for Grant Thornton and Mark Ramler in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
      May 21, 2008

                                                 United States District/~~Magistrate~~ Judge

2