**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

In re REFCO, INC. SECURITIES LITIGATION

Case No. 07-md-1902 (GEL)

----------------------------------------X

This Document Relates To:

----------------------------------------X

KENNETH M. KRYS and CHRISTOPHER
STRIDE, as JOINT OFFICIAL LIQUIDATORS
of SPHINX LTD., SPHINX STRATEGY FUND
LTD.;
SPHINX PLUS SPC LTD., SPHINX
DISTRESSED LTD., SPHINX MERGER
ARBITRAGE LTD.; SPHINX SPECIAL
SITUATIONS LTD., SPHINX MACRO LTD.;
SPHINX LONG/SHORT EQUITY LTD.;
SPHINX MANAGED FUTURES LTD.; SPHINX
EQUITY MARKET NEUTRAL LTD.; SPHINX
CONVERTIBLE ARBITRAGE LTD.; SPHINX
FIXED INCOME ARBITRAGE LTD.; SPHINX
DISTRESSED FUND SPC; SPHINX MERGER
ARBITRAGE FUND SPC; SPHINX SPECIAL
SITUATIONS FUND SPC; SPHINX MACRO
FUND SPC; SPHINX LONG/SHORT EQUITY
FUND SPC; SPHINX MANAGED FUTURES
FUND SPC; SPHINX EQUITY MARKET
NEUTRAL FUND SPC; SPHINX
CONVERTIBLE ARBITRAGE FUND SPC;
SPHINX FIXED INCOME ARBITRAGE FUND
SPC; PLUSFUNDS MANAGED ACCESS FUND
SPC LTD.; KENNETH M. KRYS and
CHRISTOPHER STRIDE as assignees of claims
assigned by MIAMI CHILDREN'S HOSPITAL
FOUNDATION, OFI, GREEN & SMITH
INVESTMENT MANAGEMENT LLC, THALES
FUND MANAGEMENT LLC, KELLNER
DILEO & CO., LLC, MARTINGALE ASSET
MANAGEMENT LP, LONGACRE FUND
MANAGEMENT LLC, ARNHOLD & S.
BLEICHROEDER ADVISERS LLC, PICTET &
CIE, RGA AMERICA REINSURANCE
COMPANY, DEUTSCHE BANK (SUISSE) SA,
ARAB MONETARY FUND, HANSARD
INTERNATIONAL LTD., CONCORDIA
ADVISORS LLC, GABELLI SECURITIES, INC.,
CITCO GLOBAL CUSTODY; and JAMES
P. SINCLAIR as Trustee of the SPHINX TRUST,

Case No. 08-cv-3065 (GEL)

Case No. 08-cv-3086 (GEL)

AFFIDAVIT OF SERVICE

Plaintiffs,

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

-against-

CHRISTOPHER SUGRUE; MARK KAVANAGH; BRIAN OWENS; PRICEWATERHOUSECOOPERS L.L.P.; MARI FERRIS; PRICEWATERHOUSECOOPERS CAYMAN ISLANDS; GIBSON, DUNN & CRUTCHER LLP; REFCO ALTERNATIVE INVESTMENTS LLC; GRANT THORNTON LLP; MARK RAMLER; ERNST & YOUNG U.S. LLP; MAYER BROWN LLP f/k/a MAYER BROWN ROWE & MAW LLP; JOSEPH COLLINS; EDWARD S. BEST; PAUL KOURY; PHILLIP R. BENNETT; ROBERT C. TROSTEN; TONE GRANT; SANTO MAGGIO; THOMAS HACKL; DENNIS KLEJNA; BAWAG P.S.K. BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTPARKASSE AKTIENGESELLSCHAFT; JP MORGAN CHASE & CO.;
CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC; BANC OF AMERICA SECURITIES LLC; THOMAS H. LEE PARTNERS, L.P.; THOMAS H. LEE ADVISORS, LLC; THL MANAGERS V, LLC; THL EQUITY ADVISORS V, L.P.; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P.; THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.; THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP; 1997 THOMAS H. LEE NOMINEE TRUST; THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; SCOTT A. SCHOEN; WILLIAM T. PIGOTT; LIBERTY CORNER CAPITAL STRATEGIES, LLC; EMF FINANCIAL PRODUCTS LLC; EMF CORE FUND LTD.; DELTA FLYER FUND LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO., INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC, f/k/a COAST ASSET MANAGEMENT LP; CS LAND MANAGEMENT LLC; CHRISTOPHER PETTIT; and REFCO GROUP HOLDINGS, INC.; and REFCO ASSOCIATES, INC.,

    Defendants

---------------------------------------------------------------X

STATE OF MINNESOTA        )
                          S.S.:
COUNTY OF HENNEPIN        )

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

  **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

_Christine Hafner_, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

That on the 11th day of April, 2008, at approximately the time of 11:43 AM, deponent served a true copy of the FEDERAL SUMMONS ISSUED AND PLAINTIFF'S DEMAND FOR JURY TRIAL IN CIVIL ACTIONS 08-cv-3065 and 08-cv-3086; NOTICE OF REMOVAL FILED BY DEFENDANT BAWAG, 08-cv-3065; NOTICE OF REMOVAL FILED BY VARIOUS DEFENDANTS, 08-cv-3086; SUMMONS AND COMPLAINT FOR THE ACTION COMMENCED IN NEW YORK SUPREME COURT; PLAINTIFFS' STATEMENT PURSUANT TO BANKRUPTCY RULE 9027, 07-md-1902 and 08-cv-3065; PLAINTIFFS' STATEMENT PURSUANT TO BANKRUPTCY RULE 9027, 07-md-1902 and 08-cv-3086; NOTICE OF APPEARANCE FOR DAVID MOLTON, 07-md-1902 and 08-cv-3065; NOTICE OF APPEARANCE FOR ANDREW DASH, 07-md-1902 and 08-cv-3065; NOTICE OF APPEARANCE FOR DAVID MOLTON, 07-md-1902 and 08-cv-3086; AND NOTICE OF APPEARANCE FOR ANDREW DASH, 07-md-1902 and 08-cv-3086 upon 1997 THOMAS H. LEE NOMINEE TRUST c/o US Bank, N.A., as Trustee at 800 Nicollet Mall, Minneapolis, MN, by personally delivering and leaving the same with _Elise Baichtal_ who informed deponent that _she_ holds the position of _Agent for Legal Process_ and is authorized by appointment to receive service at that address.

_Elise Baichtal_ is a _White Female_, approximately _30_ years of age, stands approximately _5_ feet _6_ inches tall, weighs approximately _175_ pounds with _Brown_ hair.

_____
PROCESS SERVER

Sworn to before me this
20th day of April, 2008

_____
NOTARY PUBLIC

DAVID HALLDORSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com