UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KENNETH M. KRYS

                Plaintiff,

              08 __ CIVIL 3065 ____ ( GEL )

-against-

CHRISTOPHER SUGRUE

                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Brian Howard Brick

[✓] *Attorney*

    [✓] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: BB-2849

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[✓] *Law Firm/Government Agency Association*

    From: Chadbourne & Parke LLP

    To: Dechert LLP

    [✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on June 3, 2008 by Judge _____.

[✓] *Address:* 1095 Avenue of the Americas, New York, NY 10036-6797

[✓] *Telephone Number:* 212/698-3500

[✓] *Fax Number:* 212/698-3599

[✓] *E-Mail Address:* brian.brick@dechert.com

Dated: June 3, 2008