UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
KENNETH KRYS and CHRISTOPHER :
STRIDE as Joint Official Liquidators of :
SPHINX LTD., *et al.*, :
:
                Plaintiffs : Case No. 08 Civ. 3065 (GEL)
:
   - against - :
: **NOTICE OF CHANGE OF ADDRESS**
CHRISTOPHER SUGRE, *et al.*, :
:
                Defendants :
:
------------------------------------- X

     PLEASE TAKE NOTICE, that effective May 19, 2008, the law firm of Dechert LLP, is located at 1095 Avenue of the Americas, New York, NY 10036-6797. The telephone and facsimile numbers will remain the same.

Dated: New York, New York.
      June 5, 2008

                                      Respectfully submitted,

                                      DECHERT LLP

                                      By:/s/ Nicolle L. Jacoby
                                          Nicolle L. Jacoby
                                          Joel H. Levitin
                                          Brian H. Brick
                                          Juliet Sarkessian
                                1095 Avenue of the Americas
                                York, NY 10036-6797
                                212-698-3500
                                212-698-3599
                                nicolle.jacoby@dechert.com
                                Attorneys for Bank für Arbeit und Wirtschaft
                                und Österreichische Postsparkasse
                                Aktiengesellschaft