UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
KENNETH KRYS and CHRISTOPHER :
STRIDE as Joint Official Liquidators of :
SPHINX LTD., *et al.*, :
: Case No. 08 Civ. 3065 (GEL)
Plaintiffs :
:
- against - : **NOTICE OF APPEARANCE**
:
CHRISTOPHER SUGRE, *et al.*, :
:
Defendants :
:
------------------------------------- X

**PLEASE TAKE NOTICE** that Andrew J. Levander of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Bank für Arbeit und Wirtschaft und Österreichische Postsparkasse Aktiengesellschaft, in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
       June 5, 2008

DECHERT LLP

By: /s/ Andrew J. Levander
    Andrew J. Levander
    andrew.levander@dechert.com
    1095 Avenue of the Americas
    New York, New York 10036-6797
Tel.:(212) 698-3500
Fax: (212) 698-3599
Attorneys for Bank für Arbeit und Wirtschaft
und Österreichische Postsparkasse
Aktiengesellschaft