

**BROWN**RUDNICK

David J. Molton
Direct dial: (212) 209-4822
dmolton@brownrudnick.com



MEMO ENDORSED

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

June 4, 2008

**VIA FACSIMILE**

Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
Room 910
New York, New York 10007-1581
Fax: (212) 805-0436

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08
```

RE: *Krys, et al. v. Sugrue, et al.*, 08 Civ. 3065
and 08 Civ. 3086

Dear Judge Lynch:

    This firm, together with Beus Gilbert PLLC, is counsel to the plaintiffs (the "Plaintiffs") in *Kenneth M. Krys, et al. v. Christopher Sugrue, et al.*, 08 Civ. 3065 and 08 Civ. 3065 (the "Sphinx Action")

    As Your Honor may be aware, Plaintiffs filed a Motion for Remand and/or Abstention in the Sphinx Action on April 25, 2008. On May 27, 2008, two separate sets of removing defendants filed independent Oppositions to Plaintiffs' Motion for Remand and/or Abstention. Bank für Arbeit und Wirtschaft und Österreichische Postparkasse Aktiengesellschaft ("BAWAG") filed a 24-page memorandum of law, and JP Morgan Chase & Co., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Grant Thornton LLP, Mark Ramler, Mayer Brown LLP, Mayer Brown International LLP, Thomas H. Lee Partners, L.P., Thomas H. Lee Advisors, LLC, THL Managers V, LLC, THL Equity Advisors V, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee (Cayman) Fund V, L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, Scott A. Schoen PricewaterhouseCoopers LLP and Mari Ferris (collectively, the "Initial Removing Defendants") filed a 25-page memorandum of law.

    Plaintiffs anticipate filing reply papers in response to both sets of opposition papers, and we respectfully submit that it would be most efficient to incorporate the

Brown Rudnick LLP    *an international law firm*    Boston | Dublin | Hartford | London | New York | Providence | Washington



replies to both sets of opposition papers into a single pleading. Pursuant to Your Honor's Individual Practices, Plaintiffs respectfully request that Your Honor grant permission to Plaintiffs to submit a reply memorandum of law that exceeds the stated ten-page limit. Plaintiffs propose to submit a single memorandum of law, not to exceed 20 pages, in reply to both the BAWAG Opposition and the Initial Removing Defendants' Opposition. Given that Plaintiffs' Motion for Remand addressed both the Notice of Removal filed by BAWAG and the Notice of Removal filed by the Initial Removing Defendants, and given that there is substantial overlap between the arguments made in BAWAG's Opposition and the Initial Removing Defendants' Opposition, Plaintiffs believe that submission of single reply is both logical and necessary to Plaintiffs' ability to respond fully to the arguments raised in both sets of opposition papers. Both BAWAG and the Initial Removing Defendants have consented to Plaintiffs' submission of a single memorandum of not more than 20 pages.

Plaintiffs respectfully request that Your Honor <u>grant permission to Plaintiffs to submit a single reply memorandum of law of 20 pages or less.</u> ] ∗  We are available to answer any questions that the Court may have.

Respectfully,

David J. Molton

cc: (via e-mail)

Robert B. McCaw, Esq.
Phillip D. Anker, Esq.
James Millar, Esq.
John V.H. Pierce, Esq.
Ross E. Firsenbaum, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
*Counsel to Defendants JP Morgan Chase & Co.,
Credit Suisse Securities (USA) LLC (formerly
Credit Suisse First Boston LLC), and
Banc of America Securities LLC*

David Mollon, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
*Counsel to Defendants Grant Thornton LLP
and Mark Ramler*

∗SO ORDERED

GERARD E. LYNCH, U.S.D.J.
6/4/08



William T. Burke, Esq.
John K. Villa, Esq.
Michael S. Sundermeyer, Esq.
Thomas G. Ward, Esq.
Craig D. Singer, Esq.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorneys for Defendant Mayer Brown LLP*

Anthony M. Candido, Esq.
Joel M. Cohen, Esq.
Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
*Counsel to the UK Limited Liability Partnership
Mayer Brown International LLP*

Greg Danilow, Esq.
Michael F. Walsh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
*Counsel to Defendants Thomas H. Lee Partners L.P.,
Thomas H. Lee Advisors LLC, THL Managers V, LLC,
THL Equity Advisors V., L.P., Thomas H. Lee Equity
Fund V, L.P., Thomas H. Lee Parallel Fund V., L.P.,
Thomas H. Lee Equity (Cayman) Fund V., L.P.,
Thomas H. Lee Investors Limited Partnership,
1997 Thomas H. Lee Nominee Trust, Thomas H. Lee,
David V. Harkins, Scott A. Schoen, and Scott L. Jaeckel*

James J. Capra, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103-0001
*Counsel to Defendants
PricewaterhouseCoopers LLP and
Mari Ferris*



Joel Levitin, Esq.
Nicolle L. Jacoby, Esq.
Brian H. Brick, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036
*Counsel to Defendant BAWAG*

David W. Wiltenburg, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
*Counsel to Defendant PricewaterhouseCoopers Cayman Islands*

Gregory P. Joseph
Peter R. Jerdee
Gregory P. Joseph Law Offices LLC
485 Lexington Ave, 30th Floor
New York, New York 10017
*Counsel to Defendant Gibson, Dunn & Crutcher LLP*

Christopher R. Harris, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
*Counsel to Defendant Ernst & Young U.S., LLP*

Jonathan Paul Bach, Esq.
Daniel Mark Hibshoosh, Esq.
Timothy Marden Kerr, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
　　　　and
William J. Schwartz, Esq.
Krys Boyle, P.C
600 17th Street, Suite 2700 South Tower
Denver, CO 80202
*Counsel to Defendant Joseph Collins*

Edward S. Best, Esq.
Mayer Brown LLP
71 S. Wacker Drive



Chicago, Illinois 60606

Charles E. Clayman, Esq.
Clayman & Rosenberg
305 Madison Avenue, Suite 1301
New York, New York 10165
*Counsel to Defendant Paul Koury*

Jeffrey T. Golenbock, Esq.
Golenbock Eiseman Assor Bell &
Peskie LLP
437 Madison Avenue
New York, New York 10022-7302
*Counsel to Defendants Phillip R. Bennett
and Refco Group Holdings Inc.*

Barbara Moses, Esq.
Morvillo, Abramowitz, Grand, Iason,
Anello, & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017
*Counsel to Defendant Robert C. Trosten*

Laura Neish, Esq.
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, New York 10036
*Counsel to Defendant Tone Grant*

Scott E. Hershman, Esq.
Hunton & Williams LLP
200 Park Avenue
New York, New York 10166-0091
*Counsel to Defendant Santo C. Maggio*

Helen B. Kim, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
*Counsel to Defendant Dennis Klejna*

John D. Tortorella, Esq.
Marino Tortorella PC
437 Southern Boulevard
Chatham, New Jersey 07928

- 5 -



*Counsel to Defendants Liberty Corner
Capital Strategies, LLC and William T. Pigott*
Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022-4690
*Counsel to Defendants Eric M. Flanagan,
EMF Financial Products, LLC
and Delta Flyer Fund, LLC*

Robert F. Wise, Jr., Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017
*Counsel to Defendants Ingram Micro Inc.
and CIM Ventures, Inc.*

Aaron E. Albert, Esq.
Fischer Porter Thomas & Reinfeld, P.C.
180 Sylvan Avenue, 2nd Floor
Englewood Cliffs, NJ 07632
*Counsel to Defendants Beckenham Trading Co. Inc.
and Andrew Krieger*

Brian Woo Hyon Song, Esq.
Kirkland & Ellis LLP
Citigroup Center 153 East 53rd Street
New York, New York 10022
           and
James C. Joslin, Esq.
Micah E. Marcus, Esq.
Reed S. Oslan, Esq.
Kirkland & Ellis LLP
200 East Randolph Street
Chicago, IL 60601
*Counsel to Defendants Coast Asset Management LLC
f/k/a Coast Asset Management LP
and CS Land Management, LLC*

Ronald M. Lepinskas, Esq.
DLA Piper
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
*Counsel to Defendant Christopher Petitt*



Jared R. Clark, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022-4689
*Counsel to Defendants Refco Associates, Inc.
and Refco Alternative Investments LLC*