

Clerk of Court's Office
P.O. Box 495
George Town
Grand Cayman
Cayman Islands
B.W.I.

F.P. # **38/08**

## AFFIDAVIT OF SERVICE

I, Michael Williams of George Town, Grand Cayman, affirm and say as follows:

1.     I am the Bailiff of the Grand Court of the Cayman Islands.

2.     On *Friday* the *9th* of *May* 2008, at *10:25* hrs. I served

    the following documents, namely:

**List of documents**

Federal summons; Notices of Removal; New York State Supreme Court Summons and
Complaint; Plaintiffs' Demand for Jury Trial; Plaintiffs' Statement Pursuant
to Bankruptcy Rule 9027, 08-cv-3065; Plaintiffs' Statement Pursuant to
Bankruptcy Rule 9027, 08-cv-3086, Notices of Appearance for Andrew Dash and
David Molton; Notice of Assignment, 08-cv-3065; Plaintiffs' Motion for Remand
and/or Abstention; Opposition to BAWAG Motion to Refer

On the registered office of *Pricewaterhouse Coopers Cayman Islands*

Located at *Strathvale House, North Church St George Town,*

*Grand Cayman*

By handing the said documents to *June Walton*

At *Pricewaterhouse Coopers, Strathvale House, North Ch. St.*
*George Town,*
*Grand Cayman*

3.     The above statements made by me are true and correct.

*Michael Williams*
BAILIFF OF THE GRAND COURT

Affirm to before me on *Monday* the *2nd* day of *June* 2008

NOTARY PUBLIC GEORGE TOWN
GRAND CAYMAN B.W.I.

# CERTIFICATE OF NOTARY

I, VALDIS FOLDATS, CLERK OF THE COURTS OF THE CAYMAN ISLANDS DO HEREBY CERTIFY THAT **DELENE CACHO** NOTARY PUBLIC, whose signature appears on the attached document, is validly appointed and remains a Notary Public under the Notaries Public Law.1982 (2006 Revision).

HER License expires 31st January, 2009

Dated this 2ND day of June, 2008

_____
CLERK OF COURTS
FOR THE CAYMAN ISLANDS