

Clerk of Court's Office
P.O. Box 495
George Town
Grand Cayman
Cayman Islands
B.W.I.

F.P. # 31/08

## AFFIDAVIT OF SERVICE

I, Michael Williams of George Town, Grand Cayman, affirm and say as follows:

1. I am the Bailiff of the Grand Court of the Cayman Islands.

2. On _Friday_ the _9th_ of _May_ 2008 at _10:35_ hrs. I served the following documents, namely:

   List of documents

   Federal summons; Notices of Removal; New York State Supreme Court Summons and Complaint; Plaintiffs' Demand for Jury Trial; Plaintiffs' Statement Pursuant to Bankruptcy Rule 9027, 08-cv-3065; Plaintiffs' Statement Pursuant to Bankruptcy Rule 9027, 08-cv-3086, Notices of Appearance for Andrew Dash and David Molton; Notice of Assignment, 08-cv-3065; Plaintiffs' Motion for Remand and/or Abstention; Opposition to BAWAG Motion to Refer

   On the registered office of _Thomas H. Lee Equity (Cayman) Fund V, LP_
   Located at _Walkers SPV, Mary St, George Town, Grand Cayman_

   By handing the said documents to _Henry McField_
   At _Walkers SPV, Mary St, George Town, Grand Cayman_

3. The above statements made by me are true and correct.

   _Michael Williams_
   BAILIFF OF THE GRAND COURT

Affirm to before me on _Monday_ the _2nd_ day of _June_ 2008

_Al Cacho_
NOTARY PUBLIC GEORGE TOWN
GRAND CAYMAN B.W.I.

# CERTIFICATE OF NOTARY

I, VALDIS FOLDATS, CLERK OF THE COURTS OF THE CAYMAN ISLANDS DO HEREBY CERTIFY THAT **DELENE CACHO** NOTARY PUBLIC, whose signature appears on the attached document, is validly appointed and remains a Notary Public under the Notaries Public Law.1982 (2006 Revision).

HER License expires 31st January, 2009

Dated this 2ND day of June, 2008

_____
CLERK OF COURTS
FOR THE CAYMAN ISLANDS