David Molton (DM 1106)
Andrew Dash (AD 7913)
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

Leo R. Beus *pro hac vice*
Dennis K. Blackhurst *pro hac vice*
**BEUS GILBERT PLLC**
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: (480) 429-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re REFCO INC. SECURITIES LITIGATION    :   Case No. 07-md-1902 (GEL)
                                                                 :
-----------------------------------------------------------------X

This Document Relates to:

-----------------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER          :
STRIDE, as JOINT OFFICIAL LIQUIDATORS    :
of SPHINX LTD., SPHINX STRATEGY FUND     :   Case No. 08-cv-3065 (GEL)
LTD.;                                    :   Case No. 08-cv-3086 (GEL)
SPHINX PLUS SPC LTD., SPHINX             :
DISTRESSED LTD., SPHINX MERGER           :
ARBITRAGE LTD.; SPHINX SPECIAL           :
SITUATIONS LTD., SPHINX MACRO LTD.;      :
SPHINX LONG/SHORT EQUITY LTD.;           :
SPHINX MANAGED FUTURES LTD.; SPHINX      :   **CERTIFICATE OF SERVICE**
EQUITY MARKET NEUTRAL LTD.; SPHINX       :
CONVERTIBLE ARBITRAGE LTD.; SPHINX       :
FIXED INCOME ARBITRAGE LTD.; SPHINX      :
DISTRESSED FUND SPC; SPHINX MERGER       :
ARBITRAGE FUND SPC; SPHINX SPECIAL       :
SITUATIONS FUND SPC; SPHINX MACRO        :
FUND SPC; SPHINX LONG/SHORT EQUITY       :
FUND SPC; SPHINX MANAGED FUTURES         :
FUND SPC; SPHINX EQUITY MARKET           :
NEUTRAL FUND SPC; SPHINX                 :
CONVERTIBLE ARBITRAGE FUND SPC;          :

SPHINX FIXED INCOME ARBITRAGE FUND            :
SPC; PLUSFUNDS MANAGED ACCESS FUND           :
SPC LTD.; KENNETH M. KRYS and                :
CHRISTOPHER STRIDE as assignees of claims    :
assigned by MIAMI CHILDREN'S HOSPITAL         :
FOUNDATION, OFI, GREEN & SMITH                :
INVESTMENT MANAGEMENT LLC, THALES             :
FUND MANAGEMENT LLC, KELLNER                  :
DILEO & CO., LLC, MARTINGALE ASSET            :
MANAGEMENT LP, LONGACRE FUND                  :
MANAGEMENT LLC, ARNHOLD & S.                  :
BLEICHROEDER ADVISERS LLC, PICTET &           :
CIE, RGA AMERICA REINSURANCE                  :
COMPANY, DEUTSCHE BANK (SUISSE) SA,           :
ARAB MONETARY FUND, HANSARD                   :
INTERNATIONAL LTD., CONCORDIA                 :
ADVISORS LLC, GABELLI SECURITIES, INC.,       :
CITCO GLOBAL CUSTODY; and JAMES               :
P. SINCLAIR as Trustee of the SPHINX TRUST,   :
                                              :
                    Plaintiffs,               :
                                              :
            -against-                         :
                                              :
CHRISTOPHER SUGRUE; MARK                      :
KAVANAGH; BRIAN OWENS;                        :
PRICEWATERHOUSECOOPERS L.L.P.; MARI           :
FERRIS; PRICEWATERHOUSECOOPERS                :
CAYMAN ISLANDS; GIBSON, DUNN &                :
CRUTCHER LLP; REFCO ALTERNATIVE               :
INVESTMENTS LLC; GRANT THORNTON               :
LLP; MARK RAMLER; ERNST & YOUNG U.S.          :
LLP; MAYER BROWN LLP f/k/a MAYER              :
BROWN ROWE & MAW LLP; JOSEPH                  :
COLLINS; EDWARD S. BEST; PAUL KOURY;          :
PHILLIP R. BENNETT; ROBERT C. TROSTEN;        :
TONE GRANT; SANTO MAGGIO; THOMAS              :
HACKL; DENNIS KLEJNA; BAWAG P.S.K.            :
BANK FUR ARBEIT UND WIRTSCHAFT UND            :
OSTERREICHISCHE POSTPARKASSE                  :
AKTIENGESELLSCHAFT; JP MORGAN                 :
CHASE & CO.; CREDIT SUISSE SECURITIES         :
(USA) LLC f/k/a CREDIT SUISSE FIRST           :
BOSTON LLC; BANC OF AMERICA                   :
SECURITIES LLC; THOMAS H. LEE                 :

PARTNERS, L.P.; THOMAS H. LEE                           :
ADVISORS, LLC; THL MANAGERS V, LLC;                     :
THL EQUITY ADVISORS V, L.P.; THOMAS H.                  :
LEE EQUITY FUND V, L.P.; THOMAS H. LEE                  :
PARALLEL FUND V, L.P.; THOMAS H. LEE                    :
EQUITY (CAYMAN) FUND V, L.P.; THOMAS                    :
H. LEE INVESTORS LIMITED PARTNERSHIP;                   :
1997 THOMAS H. LEE NOMINEE TRUST;                       :
THOMAS H. LEE; DAVID V. HARKINS;                        :
SCOTT L. JAECKEL; SCOTT A. SCHOEN;                      :
WILLIAM T. PIGOTT; LIBERTY CORNER                       :
CAPITAL STRATEGIES, LLC; EMF                            :
FINANCIAL PRODUCTS LLC; EMF CORE                        :
FUND LTD.; DELTA FLYER FUND LLC; ERIC                   :
M. FLANAGAN; INGRAM MICRO, INC.; CIM                    :
VENTURES, INC.; BECKENHAM TRADING                       :
CO., INC.; ANDREW KRIEGER; COAST                        :
ASSET MANAGEMENT, LLC, f/k/a COAST                      :
ASSET MANAGEMENT LP; CS LAND                            :
MANAGEMENT LLC; CHRISTOPHER                             :
PETTIT; and REFCO GROUP HOLDINGS,                       :
INC.; and REFCO ASSOCIATES, INC.,                       :
                                                        :
                    Defendants                          :
-------------------------------------------------------------------X

     I hereby certify that on July 24, 2008, true copies of the each of the following:

     (1) Notice of Motion For Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3);

     (2) the Proposed Order Authorizing Service of Summons and Complaint on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3);

     (3) Plaintiffs' Memorandum of Law in Support of Motion For Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3); and

     (4) Declaration of Jessica C. Calagione in Support of Plaintiffs' Motion For Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3)

     were served on the following parties to this action via email and first class mail, as listed below:

Phillip D. Anker, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
*Counsel to Defendants JP Morgan Chase & Co.,*
*Credit Suisse Securities (USA) LLC (formerly*
*Credit Suisse First Boston LLC), and*
*Banc of America Securities LLC*

David Mollon, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
*Counsel to Defendants Grant Thornton LLP*
*and Mark Ramler*

Thomas G. Ward, Esq.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Counsel to Defendants Mayer Brown LLP*
*and Edward S. Best*

Anthony M. Candido, Esq.
Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
*Counsel to the UK Limited Liability Partnership*
*Mayer Brown International LLP*

Greg Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
*Counsel to Defendants Thomas H. Lee Partners L.P.,*
*Thomas H. Lee Advisors LLC, THL Managers V, LLC,*
*THL Equity Advisors V., L.P., Thomas H. Lee Equity*
*Fund V, L.P., Thomas H. Lee Parallel Fund V., L.P.,*
*Thomas H. Lee Equity (Cayman) Fund V., L.P.,*
*Thomas H. Lee Investors Limited Partnership,*
*1997 Thomas H. Lee Nominee Trust, Thomas H. Lee,*
*David V. Harkins, Scott A. Schoen, and Scott L. Jaeckel*

# 8189009v2

James J. Capra, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103-0001
*Counsel to Defendants*
*PricewaterhouseCoopers LLP and*
*Mari Ferris*

Nicolle L. Jacoby, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036
*Counsel to Defendant BAWAG*

David W. Wiltenburg, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
*Counsel to Defendant PricewaterhouseCoopers*
*Cayman Islands*

Gregory P. Joseph, Esq.
Gregory P. Joseph Law Offices LLC
485 Lexington Ave, 30th Floor
New York, New York 10017
*Counsel to Defendant Gibson, Dunn & Crutcher LLP*

Christopher R. Harris, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
*Counsel to Defendant Ernst & Young U.S., LLP*

Jonathan P. Bach, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
*Counsel to Defendant Joseph Collins*

Charles E. Clayman, Esq.
Clayman & Rosenberg
305 Madison Avenue, Suite 1301
New York, New York 10165
*Counsel to Defendant Paul Koury*

Jeffrey T. Golenbock, Esq.
Golenbock Eiseman Assor Bell &
Peskie LLP
437 Madison Avenue
New York, New York 10022-7302
*Counsel to Defendants Phillip R. Bennett
and Refco Group Holdings Inc.*

Barbara Moses, Esq.
Morvillo, Abramowitz, Grand, Iason,
Anello, & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017
*Counsel to Defendant Robert C. Trosten*

Laura Neish, Esq.
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, New York 10036
*Counsel to Defendant Tone Grant*

Scott E. Hershman, Esq.
Hunton & Williams LLP
200 Park Avenue
New York, New York 10166-0091
*Counsel to Defendant Santo C. Maggio*

Helen B. Kim, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
*Counsel to Defendant Dennis Klejna*

John D. Tortorella, Esq.
Marino Tortorella PC
437 Southern Boulevard
Chatham, New Jersey 07928
*Counsel to Defendants Liberty Corner
Capital Strategies, LLC and William T. Pigott*

Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022-4690
*Counsel to Defendants Eric M. Flanagan,
EMF Financial Products, LLC*

6

*and Delta Flyer Fund, LLC*

Robert F. Wise, Jr., Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York  10017
*Counsel to Defendants Ingram Micro Inc.*
*and CIM Ventures, Inc.*

Aaron E. Albert, Esq.
Fischer Porter Thomas & Reinfeld, P.C.
180 Sylvan Avenue, 2nd Floor
Englewood Cliffs, NJ 07632
*Counsel to Defendants Beckenham Trading Co. Inc.*
*and Andrew Krieger*

Brian Woo Hyon Song, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
	and
James C. Joslin, Esq.
Micah E. Marcus, Esq.
Reed S. Oslan, Esq.
Kirkland & Ellis LLP
200 East Randolph Street
Chicago, IL 60601
*Counsel to Defendants Coast Asset Management LLC*
*f/k/a Coast Asset Management LP and CS Land Management, LLC*

Ronald M. Lepinskas, Esq.
DLA Piper
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
*Counsel to Defendant Christopher Petitt*

Jared R. Clark, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York  10022-4689
*Counsel to Defendants Refco Associates, Inc.*
*and Refco Alternative Investments LLC*

7

I hereby also certify that on July 24, 2008, true copies of the each of the following:

(1) Notice of Motion For Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3);

(2) the Proposed Order Authorizing Service of Summons and Complaint on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3);

(3) Plaintiffs' Memorandum of Law in Support of Motion For Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3); and

(4) Declaration of Jessica C. Calagione in Support of Plaintiffs' Motion For Leave to Make Substituted Service on Defendant Christopher Sugrue Pursuant to Fed. R. Civ. P. 4(f)(3)

were served on the following parties to this action via first class mail, as listed below:

Christopher Sugrue
Av. Amilar Cabral No 110-2
Ed. Sonangol Distribuidora
Luanda
Angola

Mark Kavanagh
Ballyorney House
Waterfall Road
Enniskerry
County Wicklow, Ireland

Brian Owens
2 Beresford Green
Griffith Avenue
Dublin 9, Ireland

Thomas Hackl
Acies Asset Management S.A.
118 Rue du Rhône
1204 Geneve Switzerland

EMF Core Fund Ltd.
c/o Maples & Calder
PO Box 309, Ugland House
South Church Street, George Town
Grand Cayman KY1-1104
Cayman Islands

Executed on July 24, 2008

                                                                                              s/Andrew Dash
                                                                                                Andrew Dash