UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

KENNETH M. KRYS and CHRISTOPHER : 
STRIDE, as JOINT OFFICIAL LIQUIDATORS of
SPHINX LTD., et al.,  :

                                                                                                                   No. 08 cv 3086

                  Plaintiffs,  :  No. 08 cv 3065

          - against -  :

CHRISTOPHER SUGRUE, et al.  :

                  Defendants.  :

---------------------------------------------------------------------x

## NOTICE OF APPEARANCE OF CARY B. SAMOWITZ

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel for Defendant Christopher Petitt in the above captioned action.

I certify that I am admitted to practice before this Court.

Dated:     New York, New York
            August 1, 2008                       DLA PIPER US LLP

                                                                              By: _____
                                                                                      Cary B. Samowitz

                                                                                    1251 Avenue of the Americas
                                                                                   New York, New York 10020-1104
                                                                                   (212) 335-4500

                                                                                  *Attorneys for Defendant Christopher Petitt*

## Certificate of Service

I certify that I am an attorney admitted to practice in this District and that on August 1, 2008, I caused to be served a true and correct copy of the foregoing Notice of Appearance of Cary B. Samowitz to be served by first-class mail, postage prepaid upon the counsel for the parties in this action as set forth in the attached Service List.

_____
Cary B. Samowitz

Kenneth M. Krys and Christopher Stride, as Joint Official Liquidators
of SPhinX Ltd., et al. v. Christopher Petitt, et al.

Supreme Court of the State of New York, County of New York
Case No. 08 600653

(removed to U.S. District Court for the Southern District of New York
Case No. 08 Civ. 3065/3086)

### Service List

Leo R. Beus, Esq.
Lee M Andelin, Esq.
Thomas A. Connelly, Esq.
Malcolm Loeb, Esq.
Robert T. Mills, Esq.
Timothy J. Paris, Esq.
Samuel R. Randall, Esq.
Derrick J. Stomberg, Esq.
L. Richard Williams, Esq.
Beus Gilbert PLLC
4800 North Scottsdale Road
Scottsdale, AZ 85251
Counsel for plaintiffs Kenneth M. Krys
and Christopher Stride, as Joint Official
Liquidators of the SPhinX Fund

Dennis Blackhurst, Esq.
Hand Arendall LLC
P.O. Box 123
Mobile, AL 36601
Counsel for plaintiffs Kenneth M. Krys
and Christopher Stride, as Joint official
Liquidators of the SPhinX Fund

Gregory P. Joseph, Esq.
Peter R. Jerdee, Esq.
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Counsel to Defendant
Gibson, Dunn & Crutcher, LLP

Andrew S. Dash, Esq.
David Molton, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square, Times Square tower
New York, NY 10036
Counsel for plaintiffs Kenneth M. Krys and
Christopher Stride, as Joint Official
Liquidators of the SPhinX Fund

Helen B. Kim, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Counsel to Defendant Dennis Klenja

James J. Capra, Jr., Esq.
Orrick, Herington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Counsel to Defendants
PricewaterhouseCoopers LLP and Mari Ferris

David W. Wilterburg, Esq.
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Counsel to Defendant
PricewaterhouseCoopers Cayman Islands

David Emilio Mollon, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
Counsel to Defendants Grant
Thornton LLP and Mark S. Ramler

Christopher R. Harris, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Counsel to Defendant Ernst & Young LLP

William T. Burke, Esq.
John K. Villa, Esq.
Thomas George Ward, Esq.
Craig D. Singer, Esq.
Michael S. Sundermeyer, Esq.
Thomas G. Ward, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Counsel to Defendants Mayer Brown LLP
  and Edward S. Best

Jeffrey T. Golenbock, Esq.
Golenbock, Eiseman, Assor,
  Bell & Peskie, LLP
437 Madison Avenue
New York, NY 10022-7302
Counsel to Defendants Phillip R.
Bennett and Refco Group Holdings, Inc.

Anthony Mathias Candido, Esq.
Joel M. Cohen, Esq.
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6131
Counsel to Defendant Mayer Brown
International LLP

Linda T. Coberly, Esq.
Bradley E. Lerman, Esq.
Catherine W. Joyce, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Counsel for defendants Grant Thornton LLP
and Mark S. Ramler

Jeremy S. Winer, Esq.
Cravath Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Counsel to Defendant Bank of America
Securities LLC

Charles E. Clayman, Esq.
Clayman & Rosenberg
305 Madison Avenue
Suite 1301
New York, NY 10165
Counsel to Defendant Paul Koury

Barbara Moses, Esq.
Morvillo, Abramowitz Grand, Iason,
  Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017
Counsel to Defendant Robert C. Trosten

4

Melinda Sarafa, Esq.
Zuckerman Spaeder, LLP
1540 Broadway, Suite 1604
New York, NY 10036
Counsel to Defendant Tone Grant

Joel Blanchet, Esq.
Bryan Woo Hyon Song, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Counsel to Defendants Coast Asset
Management LLC f/k/a Coast Asset
Management LP; and CS Land
Management, LLC

Brian H. Brick, Esq.
Nicolle L. Jacoby, Esq.
Joel H. Levitin, Esq.
Andrew J. Levander, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Counsel to Defendant BAWAG P.S.K.
Bank fur Arbeit und Wirtschaft und
Osterreichische Postsparkasse
Aktiengesellschaft

Greg A. Danilow, Esq.
Michael F. Walsh, Esq.
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Counsel to Defendants Thomas H. Lee
Partners L.P., Thomas H. Lee Advisors,
LLC, THL Managers V., LLC, THL
Equity Advisors V, L.P., Thomas H. Lee
Parallel Funds V., L.P., Thomas H. Lee
Equity (Cayman) Fund V., L.P.,
Thomas H. Lee Investors Limited
Partnership, 1997 Thomas H. Lee
Nominee Trust, Thomas H. Lee,
David V. Harkins, Scott A. Schoen and
Scott L. Jaeckel

Scott E. Hershman, Esq.
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166-0091
Counsel to Defendant Santo C. Maggio

James J. Joslin, Esq.
Micah E. Marcus, Esq.
Reed S. Oslan, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Counsel to Defendants Coast Asset
Management LLC f/k/a/ Coast Asset
Management LP; and CS Land
Management, LLC

Aaron E. Albert, Esq.
Alan C. Thomas, Esq.
Fischer Porter Thomas & Reinfeld, P.C.
440 Sylvan Avenue
Suite 130
Englewood Cliffs, NJ 07632-2700
Counsel to Defendant Beckenham Trading
Co., Inc. and Andrew Kreiger

John Tortorella, Esq.
Kevin H. Marino, Esq.
Roseann Bassler Dal Pra, Esq.
Marino Tortorella P.C.
437 Southern Boulevard
Chatham, NJ 07928
Counsel to Defendant Liberty Counsel Capital
Strategies, LLC and William T. Pigott

Veronica E. Rendon, Esq.
Arnold & Porter, LP
399 Park Avenue
New York, NY 10022-4690
Counsel to Defendants Eric M. Flanagan,
EMF Financial Products, LLC and Delta
Flyer Fund, LLC

Mr. Christopher Sugrue
Av. Amilar Cabral No. 110-2
Ed. Sonangol Distribuidora
Luanda, Angola

Mr. Mark Kavanagh
Ballyorney House
Waterfall Road
Enniskerry
County Wicklow, Ireland

Philip D. Anker, Esq.
Ross E. Firsenbasum, Esq.
Robert B. McCaw, Esq.
James Millar, Esq.
John V.H. Pierce, Esq.
Wilmer Cutler Pickering
  Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
Counsel to Defendants JP Morgan
Chase & Co., and Credit Suisse Securities
(USA) LLC (formerly Credit Suisse
First Boston LLC)

Robert F. Wise, Jr., Esq.
Paul Spagnoletti, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Counsel to Defendants Ingram Micro, Inc.
and CIM Ventures, Inc

Mr. Thomas Hackl
Acies Asset Management, S.A.
118 Rue de Rhône
1204 Geneve Switzerland

Refco Alternative Investments LLC
c/o Refco Inc.
1 Liberty Plaza, Suite 2379
New York, New York
Attn: Mr. David Golphus

Mr. Brian Owens
2 Beresford Green
Griffith Avenue
Dublin 9, Ireland

Juliet M. Sarkessian, Esq.
Proskauer Rose Goetz & Mendelsohn
30 Rockefeller Plaza
New York, NY 10112
Counsel to defendant Credit Suisse
Securities (USA) LLC

Jonathan Peter Hersey, Esq.
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626
Counsel to Defendants Ingram Micro, Inc.
and CIM Ventures, Inc.

CHGO1\31249233.1

| | |
|---|---|
| William J. Schwartz, Esq.<br>Krys Boyle, PC<br>600 17th Street<br>Suite 2700 South Tower<br>Denver, CO 80202<br>Counsel to Defendant Joseph Collins | Jonathan Paul Bach, Esq.<br>Daniel M. Hibshoosh, Esq.<br>Timothy M. Kerr, Esq.<br>Cooley Godward Kronish LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Counsel to Defendant Joseph Collins |

CHGO1\31249233.1