UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
KENNETH M. KRYS and CHRISTOPHER : 
STRIDE, as JOINT OFFICIAL LIQUIDATORS of
SPHINX LTD., et al., :
                                        Plaintiffs, :    No. 08 cv 3086
                                                                No. 08 cv 3065
             - against - :

CHRISTOPHER SUGRUE, et al. :

                                       Defendants. :
------------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE, that upon the accompanying declaration of Cary B. Samowitz, a member of the bar of this Court, together with the supporting declarations of Ronald M. Lepinskas and Tomas M. Thompson, and the attachments thereto, the undersigned hereby moves this Court, pursuant to Local Civil Rule 1.3(c), for orders in the form accompanying this motion granting the admission pro hac vice of the following attorneys as counsel for defendant Christopher Petitt in this action:

                             Ronald M. Lepinskas
                             Tomas M. Thompson
                             DLA Piper US LLP
                             203 North LaSalle, Suite 1900
                             Chicago, Illinois 60601
                             (312) 368-4000

and granting such other and further relief as the Court may deem just and proper.

CHGO1\31249226.1

Dated:    New York, New York
           August 1, 2008

DLA PIPER US LLP

By: _____/s/ Cary B. Samowitz_____
      Cary B. Samowitz

1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

## Certificate of Service

I certify that I am an attorney admitted to practice in this District and that on August 1, 2008, I caused to be served a true and correct copy of the foregoing motion for admission pro hac vice, together with the accompanying declarations of Cary B. Samowitz, Ronald M. Lepinskas, and Tomas M. Thompson and the proposed form order, to be served by first-class mail, postage prepaid upon the counsel for the parties in this action as set forth in the attached Service List.

_____
Cary B. Samowitz

Kenneth M. Krys and Christopher Stride, as Joint Official Liquidators
of SPhinX Ltd., et al. v. Christopher Petitt, et al.

Supreme Court of the State of New York, County of New York
Case No. 08 600653

(removed to U.S. District Court for the Southern District of New York
Case No. 08 Civ. 3065/3086)

### Service List

Leo R. Beus, Esq.
Lee M Andelin, Esq.
Thomas A. Connelly, Esq.
Malcolm Loeb, Esq.
Robert T. Mills, Esq.
Timothy J. Paris, Esq.
Samuel R. Randall, Esq.
Derrick J. Stomberg, Esq.
L. Richard Williams, Esq.
Beus Gilbert PLLC
4800 North Scottsdale Road
Scottsdale, AZ 85251
Counsel for plaintiffs Kenneth M. Krys
and Christopher Stride, as Joint Official
Liquidators of the SPhinX Fund

Andrew S. Dash, Esq.
David Molton, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square, Times Square tower
New York, NY 10036
Counsel for plaintiffs Kenneth M. Krys and
Christopher Stride, as Joint Official
Liquidators of the SPhinX Fund

Dennis Blackhurst, Esq.
Hand Arendall LLC
P.O. Box 123
Mobile, AL 36601
Counsel for plaintiffs Kenneth M. Krys
and Christopher Stride, as Joint official
Liquidators of the SPhinX Fund

Helen B. Kim, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Counsel to Defendant Dennis Klenja

Gregory P. Joseph, Esq.
Peter R. Jerdee, Esq.
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Counsel to Defendant
Gibson, Dunn & Crutcher, LLP

James J. Capra, Jr., Esq.
Orrick, Herington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Counsel to Defendants
PricewaterhouseCoopers LLP and Mari Ferris

David W. Wilterburg, Esq.
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Counsel to Defendant
PricewaterhouseCoopers Cayman Islands

David Emilio Mollon, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
Counsel to Defendants Grant
Thornton LLP and Mark S. Ramler

Christopher R. Harris, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Counsel to Defendant Ernst & Young LLP

William T. Burke, Esq.
John K. Villa, Esq.
Thomas George Ward, Esq.
Craig D. Singer, Esq.
Michael S. Sundermeyer, Esq.
Thomas G. Ward, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Counsel to Defendants Mayer Brown LLP
  and Edward S. Best

Jeffrey T. Golenbock, Esq.
Golenbock, Eiseman, Assor,
  Bell & Peskie, LLP
437 Madison Avenue
New York, NY 10022-7302
Counsel to Defendants Phillip R.
Bennett and Refco Group Holdings, Inc.

Anthony Mathias Candido, Esq.
Joel M. Cohen, Esq.
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6131
Counsel to Defendant Mayer Brown
International LLP

Linda T. Coberly, Esq.
Bradley E. Lerman, Esq.
Catherine W. Joyce, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Counsel for defendants Grant Thornton LLP
and Mark S. Ramler

Jeremy S. Winer, Esq.
Cravath Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Counsel to Defendant Bank of America
Securities LLC

Charles E. Clayman, Esq.
Clayman & Rosenberg
305 Madison Avenue
Suite 1301
New York, NY 10165
Counsel to Defendant Paul Koury

Barbara Moses, Esq.
Morvillo, Abramowitz Grand, Iason,
  Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017
Counsel to Defendant Robert C. Trosten

Melinda Sarafa, Esq.
Zuckerman Spaeder, LLP
1540 Broadway, Suite 1604
New York, NY 10036
Counsel to Defendant Tone Grant

Joel Blanchet, Esq.
Bryan Woo Hyon Song, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Counsel to Defendants Coast Asset
Management LLC f/k/a Coast Asset
Management LP; and CS Land
Management, LLC

Brian H. Brick, Esq.
Nicolle L. Jacoby, Esq.
Joel H. Levitin, Esq.
Andrew J. Levander, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Counsel to Defendant BAWAG P.S.K.
Bank fur Arbeit und Wirtschaft und
Osterreichische Postsparkasse
Aktiengesellschaft

Greg A. Danilow, Esq.
Michael F. Walsh, Esq.
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Counsel to Defendants Thomas H. Lee
Partners L.P., Thomas H. Lee Advisors,
LLC, THL Managers V., LLC, THL
Equity Advisors V, L.P., Thomas H. Lee
Parallel Funds V., L.P., Thomas H. Lee
Equity (Cayman) Fund V., L.P.,
Thomas H. Lee Investors Limited
Partnership, 1997 Thomas H. Lee
Nominee Trust, Thomas H. Lee,
David V. Harkins, Scott A. Schoen and
Scott L. Jaeckel

Scott E. Hershman, Esq.
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166-0091
Counsel to Defendant Santo C. Maggio

James J. Joslin, Esq.
Micah E. Marcus, Esq.
Reed S. Oslan, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Counsel to Defendants Coast Asset
Management LLC f/k/a/ Coast Asset
Management LP; and CS Land
Management, LLC

Aaron E. Albert, Esq.
Alan C. Thomas, Esq.
Fischer Porter Thomas & Reinfeld, P.C.
440 Sylvan Avenue
Suite 130
Englewood Cliffs, NJ 07632-2700
Counsel to Defendant Beckenham Trading
Co., Inc. and Andrew Kreiger

John Tortorella, Esq.
Kevin H. Marino, Esq.
Roseann Bassler Dal Pra, Esq.
Marino Tortorella P.C.
437 Southern Boulevard
Chatham, NJ 07928
Counsel to Defendant Liberty Counsel Capital
Strategies, LLC and William T. Pigott

Veronica E. Rendon, Esq.
Arnold & Porter, LP
399 Park Avenue
New York, NY 10022-4690
Counsel to Defendants Eric M. Flanagan,
EMF Financial Products, LLC and Delta
Flyer Fund, LLC

Mr. Christopher Sugrue
Av. Amilar Cabral No. 110-2
Ed. Sonangol Distribuidora
Luanda, Angola

Mr. Mark Kavanagh
Ballyorney House
Waterfall Road
Enniskerry
County Wicklow, Ireland

Philip D. Anker, Esq.
Ross E. Firsenbasum, Esq.
Robert B. McCaw, Esq.
James Millar, Esq.
John V.H. Pierce, Esq.
Wilmer Cutler Pickering
  Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
Counsel to Defendants JP Morgan
Chase & Co., and Credit Suisse Securities
(USA) LLC (formerly Credit Suisse
First Boston LLC)

Robert F. Wise, Jr., Esq.
Paul Spagnoletti, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Counsel to Defendants Ingram Micro, Inc.
and CIM Ventures, Inc

Mr. Thomas Hackl
Acies Asset Management, S.A.
118 Rue de Rhône
1204 Geneve Switzerland

Refco Alternative Investments LLC
c/o Refco Inc.
1 Liberty Plaza, Suite 2379
New York, New York
Attn: Mr. David Golphus

Mr. Brian Owens
2 Beresford Green
Griffith Avenue
Dublin 9, Ireland

Juliet M. Sarkessian, Esq.
Proskauer Rose Goetz & Mendelsohn
30 Rockefeller Plaza
New York, NY 10112
Counsel to defendant Credit Suisse
Securities (USA) LLC

Jonathan Peter Hersey, Esq.
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626
Counsel to Defendants Ingram Micro, Inc.
and CIM Ventures, Inc.

William J. Schwartz, Esq.
Krys Boyle, PC
600 17th Street
Suite 2700 South Tower
Denver, CO  80202
Counsel to Defendant Joseph Collins

Jonathan Paul Bach, Esq.
Daniel M. Hibshoosh, Esq.
Timothy M. Kerr, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY  10036
Counsel to Defendant Joseph Collins

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

KENNETH M. KRYS and CHRISTOPHER
STRIDE, as JOINT OFFICIAL LIQUIDATORS of
SPHINX LTD., et al.,

                             Plaintiffs,

                - against -

CHRISTOPHER SUGRUE, et al.

                             Defendants.

No. 08 cv 3086
No. 08 cv 3065

------------------------------------------------------------------------x

## DECLARATION OF CARY B. SAMOWITZ

Pursuant to 28 U.S.C. § 1746, CARY B. SAMOWITZ declares:

1.     I am an attorney admitted to practice in this Court and am a member of DLA Piper US LLP, counsel to defendant Christopher Petit in this action. I make this declaration in support of the motion for admission pro hac vice of my colleagues Ronald M. Lepinskas and Tomas M. Thompson.

2.     Mr. Lepinskas is a partner based in the Chicago office of DLA Piper. As set forth in his accompanying declaration, he is admitted in the State of Illinois. I know him to be of outstanding moral character, and I respectfully move for his admission to practice before the Court for the instant matter.

3.     Mr. Thompson is an associate based in the Chicago office of DLA Piper. As set forth in his accompanying declaration, he is admitted in the State of Illinois. I know him to be of outstanding moral character, and I respectfully move for his admission to practice before the Court for the instant matter.

CHGO1\31249235.1

Under penalty of perjury, I declare that the foregoing is true and correct this 1st day of August, 2008.

                                                                              */s/ Cary B. Samowitz*
                                                                               Cary B. Samowitz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| KENNETH M. KRYS and CHRISTOPHER STRIDE, as JOINT OFFICIAL LIQUIDATORS of SPHINX LTD., et al., | : |
| | : |
| Plaintiffs, | : No. 08 cv 3086 |
| | No. 08 cv 3065 |
| - against - | : |
| CHRISTOPHER SUGRUE, et al. | : |
| Defendants. | : |

------------------------------------------------------------------------x

## DECLARATION OF RONALD M. LEPINSKAS

Pursuant to 28 U.S.C. § 1746, RONALD M. LEPINSKAS declares:

1.   I am an attorney admitted to practice in the courts of Illinois and a member of DLA Piper US LLP, counsel to defendant Christopher Petitt in this action. I make this declaration in support of the motion for my admission *pro hac vice* in this action pursuant to the Court's Local Civil Rule 1.3(c).

2.   I am a member in good standing of the Bar of the State of Illinois.

3.   Attached hereto as Exhibit 1 is a true and correct copy of a certificate of my good standing that was issued within the past thirty days by the Illinois Supreme Court.

4.   My business address is:

DLA Piper US LLP
203 North LaSalle, Suite 1900
Chicago, Illinois 60601
(312) 368-6806
(312) 251-5707 (Fax)

Under penalty of perjury, I declare the foregoing is true and correct this ___ day of July, 2008.

_____
Ronald M. Lepinskas

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Ronald Michael Lepinskas

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 1993 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, July 24, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x

KENNETH M. KRYS and CHRISTOPHER  :
STRIDE, as JOINT OFFICIAL LIQUIDATORS of
SPHINX LTD., et al.,                :
                                                                                                No. 08 cv 3086
                  Plaintiffs,       :    No. 08 cv 3065

            - against -           :

CHRISTOPHER SUGRUE, et al.         :

                  Defendants.       :

----------------------------------------------------------------------------x

## DECLARATION OF TOMAS M. THOMPSON

Pursuant to 28 U.S.C. § 1746, TOMAS M. THOMPSON declares:

1. I am an attorney admitted to practice in the courts of Illinois and an associate of DLA Piper US LLP, counsel to defendant Christopher Petitt in this action. I make this declaration in support of the motion for my admission *pro hac vice* in this action pursuant to the Court's Local Civil Rule 1.3(c).

2. I am a member in good standing of the Bar of the State of Illinois.

3. Attached hereto as Exhibit 1 is a true and correct copy of a certificate of my good standing that was issued within the past thirty days by the Illinois Supreme Court.

4. My business address is:

DLA Piper US LLP
203 North LaSalle, Suite 1900
Chicago, Illinois 60601
(312) 368-7944
(312) 630-2780 (Fax)

CHGO1\31249236.1

Under penalty of perjury, I declare the foregoing is true and correct this 30th day of July, 2008.

_____
Tomas M. Thompson

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Tomas Mikel Thompson

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 8, 2001 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, July 24, 2008.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

KENNETH M. KRYS and CHRISTOPHER STRIDE, as JOINT OFFICIAL LIQUIDATORS of SPHINX LTD., et al.,    :

                Plaintiffs,    :

      - against -    :

CHRISTOPHER SUGRUE, et al.    :

                Defendants.    :

------------------------------------------------------------------------x

No. 08 cv 3086
No. 08 cv 3065

## ORDER FOR ADMISSION PRO HAC VICE OF TOMAS M. THOMPSON ON WRITTEN MOTION

Upon motion of Cary B. Samowitz, attorney for Christopher Petitt, and said sponser attorney's declaration of support:

**IT IS HEREBY ORDERED** that

    Tomas M. Thompson
    DLA Piper US LLP
    203 North LaSalle, Suite 1900
    Chicago, Illinois 60601
    Tel: (312) 368-4000
    Email: tomas.thompson@dlapiper.com

is admitted to practice pro hac vice as counsel for Christopher Petitt in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

CHGO1\31249240.1

Dated:   New York, New York
         August ___, 2008
                                          _____
                                          United States District Judge

CHGO1\31249240.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

KENNETH M. KRYS and CHRISTOPHER          :
STRIDE, as JOINT OFFICIAL LIQUIDATORS of
SPHINX LTD., et al.,                     :
                                                    No. 08 cv 3086
           Plaintiffs,                   :          No. 08 cv 3065

       - against -                       :

CHRISTOPHER SUGRUE, et al.               :

                    Defendants.          :
---------------------------------------------------------------------x

### ORDER FOR ADMISSION PRO HAC VICE
### OF RONALD M. LEPINSKAS ON WRITTEN MOTION

Upon motion of Cary B. Samowitz, attorney for Christopher Petitt, and said sponser attorney's declaration of support:

**IT IS HEREBY ORDERED** that

> Ronald M. Lepinskas
> DLA Piper US LLP
> 203 North LaSalle, Suite 1900
> Chicago, Illinois 60601
> Tel: (312) 368-4000
> Email: ronald.lepinskas@dlapiper.com

is admitted to practice pro hac vice as counsel for Christopher Petitt in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

CHGO1\31249238.1

Dated:   New York, New York
         August ___, 2008                         _____
                                                    United States District Judge