UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

KENNETH M. KRYS and CHRISTOPHER
STRIDE, as JOINT OFFICIAL LIQUIDATORS of
SPHINX LTD., et al.,

                          Plaintiffs,

- against -

CHRISTOPHER SUGRUE, et al.

                          Defendants.

-----------------------------------------------------------------x

No. 08 cv 3086
No. 08 cv 3065

## ORDER FOR ADMISSION PRO HAC VICE
## OF RONALD M. LEPINSKAS ON WRITTEN MOTION

Upon motion of Cary B. Samowitz, attorney for Christopher Petitt, and said sponser attorney's declaration of support:

**IT IS HEREBY ORDERED** that

> Ronald M. Lepinskas
> DLA Piper US LLP
> 203 North LaSalle, Suite 1900
> Chicago, Illinois 60601
> Tel: (312) 368-4000
> Email: ronald.lepinskas@dlapiper.com

is admitted to practice pro hac vice as counsel for Christopher Petitt in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

CHGO1\31249238.1

Dated:     New York, New York
           August 4, 2008

_____
United States District Judge

CHGO1\31249238.1