UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH M. KRYS and CHRISTOPHER STRIDE, as Joint Official Liquidators of Sphinx, Ltd., <br><br> Plaintiffs, <br><br> -vs.- <br><br> CHRISTOPHER SUGRUE, et al., <br><br> Defendants. | 07-MDL-1902 (GEL) <br><br> No. 08-Civ. 3065 (GEL) <br> No. 08-Civ. 3086 (GEL) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Aaron E. Albert of Fischer Porter Thomas & Reinfeld, P.C., with offices at 180 Sylvan Avenue, Second Floor, Englewood Cliffs, New Jersey 07632, hereby appears on behalf of defendants Beckenham Trading Company, Inc. and Andrew Krieger in the above-captioned actions.

I certify that I am admitted to practice in this court.

FISCHER PORTER THOMAS & REINFELD, P.C.

Dated: August 21, 2008

By: /s/ Aaron E. Albert
  Aaron E. Albert (AA 8078)
  180 Sylvan Avenue, Second Floor
  Englewood Cliffs, NJ 07632
  Tel. (201) 569-5959
  E-mail: aalbert@fpmtlaw.com

**CERTIFICATE OF SERVICE**

    I, Aaron E. Albert, an attorney, hereby certify that on August 21, 2008, I caused the foregoing Notice of Appearance by Defendants Beckenham Trading Co., Inc. and Andrew Krieger to be filed electronically through the Court's CM/ECF electronic filing system, whereby notice of such filing will be mailed electronically to all parties who have registered for such service.

August 21, 2008

FISCHER PORTER THOMAS & REINFELD, P.C.

/s/ Aaron E. Albert
    Aaron E. Albert (AA 8078)
180 Sylvan Avenue, Second Floor
Englewood Cliffs, NJ 07632
Tel. (201) 569-5959
E-mail: aalbert@fpmtlaw.com