UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                        :
In re REFCO INC. SECURITIES LITIGATION    :   Case No. 07-MD-1902 (GEL)
                                                        :
                                                        :
------------------------------------------------------------------X

This Document Relates to:

------------------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER            :
STRIDE, as JOINT OFFICIAL LIQUIDATORS       :
of SPHINX LTD., SPHINX STRATEGY FUND        :   Case No. 08-cv-3065 (GEL)
LTD.; SPHINX PLUS SPC LTD., SPHINX            :
DISTRESSED LTD., SPHINX MERGER                :   Case No. 08-cv-3086 (GEL)
ARBITRAGE LTD.; SPHINX SPECIAL                 :
SITUATIONS LTD., SPHINX MACRO LTD.;         :
SPHINX LONG/SHORT EQUITY LTD.;                :
SPHINX MANAGED FUTURES LTD.; SPHINX      :   **AFFIDAVIT OF SERVICE**
EQUITY MARKET NEUTRAL LTD.; SPHINX        :
CONVERTIBLE ARBITRAGE LTD.; SPHINX        :
FIXED INCOME ARBITRAGE LTD.; SPHINX      :
DISTRESSED FUND SPC; SPHINX MERGER        :
ARBITRAGE FUND SPC; SPHINX SPECIAL        :
SITUATIONS FUND SPC; SPHINX MACRO         :
FUND SPC; SPHINX LONG/SHORT EQUITY       :
FUND SPC; SPHINX MANAGED FUTURES         :
FUND SPC; SPHINX EQUITY MARKET              :
NEUTRAL FUND SPC; SPHINX                           :
CONVERTIBLE ARBITRAGE FUND SPC;            :
SPHINX FIXED INCOME ARBITRAGE FUND     :
SPC; PLUSFUNDS MANAGED ACCESS FUND    :
SPC LTD.; KENNETH M. KRYS and                   :
CHRISTOPHER STRIDE as assignees of claims   :
assigned by MIAMI CHILDREN'S HOSPITAL    :
FOUNDATION, OFI, GREEN & SMITH               :
INVESTMENT MANAGEMENT LLC, THALES    :
FUND MANAGEMENT LLC, KELLNER                :
DILEO & CO., LLC, MARTINGALE ASSET         :
MANAGEMENT LP, LONGACRE FUND              :
MANAGEMENT LLC, ARNHOLD & S.                 :
BLEICHROEDER ADVISERS LLC, PICTET &      :
CIE, RGA AMERICA REINSURANCE                  :
COMPANY, DEUTSCHE BANK (SUISSE) SA,     :
ARAB MONETARY FUND, HANSARD                 :

# 8191182

INTERNATIONAL LTD., CONCORDIA        :
ADVISORS LLC, GABELLI SECURITIES, INC.,   :
CITCO GLOBAL CUSTODY; and JAMES       :
P. SINCLAIR as Trustee of the SPHINX TRUST,   :
                                     :
              Plaintiffs,            :
                                     :
         -against-                   :
                                     :
CHRISTOPHER SUGRUE; MARK             :
KAVANAGH; BRIAN OWENS;               :
PRICEWATERHOUSECOOPERS L.L.P.; MARI  :
FERRIS; PRICEWATERHOUSECOOPERS       :
CAYMAN ISLANDS; GIBSON, DUNN &       :
CRUTCHER LLP; REFCO ALTERNATIVE      :
INVESTMENTS LLC; GRANT THORNTON      :
LLP; MARK RAMLER; ERNST & YOUNG U.S. :
LLP; MAYER BROWN LLP f/k/a MAYER     :
BROWN ROWE & MAW LLP; JOSEPH         :
COLLINS; EDWARD S. BEST; PAUL KOURY; :
PHILLIP R. BENNETT; ROBERT C. TROSTEN; :
TONE GRANT; SANTO MAGGIO; THOMAS     :
HACKL; DENNIS KLEJNA; BAWAG P.S.K.   :
BANK FUR ARBEIT UND WIRTSCHAFT UND   :
OSTERREICHISCHE POSTPARKASSE         :
AKTIENGESELLSCHAFT; JP MORGAN        :
CHASE & CO.; CREDIT SUISSE SECURITIES :
(USA) LLC f/k/a CREDIT SUISSE FIRST  :
BOSTON LLC; BANC OF AMERICA          :
SECURITIES LLC; THOMAS H. LEE        :
PARTNERS, L.P.; THOMAS H. LEE        :
ADVISORS, LLC; THL MANAGERS V, LLC;  :
THL EQUITY ADVISORS V, L.P.; THOMAS H. :
LEE EQUITY FUND V, L.P.; THOMAS H. LEE :
PARALLEL FUND V, L.P.; THOMAS H. LEE :
EQUITY (CAYMAN) FUND V, L.P.; THOMAS :
H. LEE INVESTORS LIMITED PARTNERSHIP; :
1997 THOMAS H. LEE NOMINEE TRUST;    :
THOMAS H. LEE; DAVID V. HARKINS;     :
SCOTT L. JAECKEL; SCOTT A. SCHOEN;   :
WILLIAM T. PIGOTT; LIBERTY CORNER    :
CAPITAL STRATEGIES, LLC; EMF         :
FINANCIAL PRODUCTS LLC; EMF CORE     :
FUND LTD.; DELTA FLYER FUND LLC; ERIC :
M. FLANAGAN; INGRAM MICRO, INC.; CIM :

# 8191182

VENTURES, INC.; BECKENHAM TRADING  :
CO., INC.; ANDREW KRIEGER; COAST  :
ASSET MANAGEMENT, LLC, f/k/a COAST  :
ASSET MANAGEMENT LP; CS LAND  :
MANAGEMENT LLC; CHRISTOPHER  :
PETTIT; and REFCO GROUP HOLDINGS,  :
INC.; and REFCO ASSOCIATES, INC.,  :
  :
                Defendants.  :
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

       Jessica C. Calagione, being duly sworn, deposes and says:

       1.     I am not a party to the above-captioned actions, am over 18 years of age and reside in New York, New York.

       2.     On the 19th of August, 2008, I caused to be served on defendant Christopher Sugrue by Federal Express and electronic mail true and accurate copies of the following documents (collectively, the "Documents for Service"): (i) the Summons and Complaint commencing this litigation in the Supreme Court of the State of New York, County of New York, on March 5, 2008; (ii) the Federal Summons issued in the above-captioned actions following the filing of Notices of Removal on March 26, 2008; (iii) an Order, entered by the Honorable Gerard E. Lynch on docket number 08-cv-3065 on August 18, 2008, directing service of process on Christopher Sugrue by international courier service and by electronic mail; and (iv) an Order, entered by the Honorable Gerard E. Lynch on docket number 08-cv-3086 on August 18, 2008, directing service of process on Christopher Sugrue by international courier service and by electronic mail (collectively, the "Documents for Service").

- 1 -

# 8191182

3.  Attached hereto as <u>Exhibit A</u> is a true and accurate copy of the electronic mail message, to which the Documents for Service were attached, that was sent to Christopher Sugrue at his electronic mail address, chris.sugrue@yahoo.com.sg.

4.  Attached hereto as <u>Exhibit B</u> is a true and accurate copy of the Federal Express tracking update showing delivery of the Documents for Service to Christopher Sugrue at Av. Amilar Cabral No 110-2, Ed. Sonongol Distribuidora, Luanda, Angola, on September 2, 2008.

_____
Jessica C. Calagione

Sworn to before me this
3rd day of September, 2008

_____
Notary Public

SARINA LO CASCIO
Notary Public, State of New York
No. 4973537
Qualified in New York County
Commission Expires October 22, 20__

- 2 -

# EXHIBIT A

# Calagione, Jessica C.

| | |
|---|---|
| **From:** | Calagione, Jessica C. |
| **Sent:** | Tuesday, August 19, 2008 1:14 PM |
| **To:** | 'chris.sugrue@yahoo.com.sg' |
| **Cc:** | 'Beus, Leo R.'; 'Dennis K. Blackhurst'; Dash, Andrew S.; Molton, David J. |
| **Subject:** | Krys, et al. v. Sugrue, et al., 08-cv-3065 and 08-cv-3086 (GEL) (S.D.N.Y.) |
| **Attachments:** | Cover letter, Sugrue.pdf; Sphinx Sugrue Substituted Service Order.pdf; Sphinx Sugrue Substituted Service Order II.pdf; Krys v. Sugrue Summons in a Civil Action.pdf; Krys v. Sugrue Summons and Complaint.pdf |

Mr. Sugrue,

On behalf of Plaintiffs in the above-referenced litigation, I attach the following: (i) a cover letter; (ii) orders directing substituted service, entered and signed by the Honorable Gerard E. Lynch on August 18, 2008 on Docket Nos. 08-cv-3065 (S.D.N.Y.) and 08-cv-3086 (S.D.N.Y.); (iii) the federal summons issued in the above-referenced litigation; and (iv) the summons and complaint originally filed in New York State Supreme Court.


Jessica Calagione


BROWNRUDNICK

**Jessica Calagione**

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212 209-4932
F: 212 938-2880
jcalagione@brownrudnick.com
www.brownrudnick.com

9/2/2008

# EXHIBIT B

Case 1:08-cv-03065-GEL    Document 107-3    Filed 09/03/2008    Page 1 of 2

**Calagione, Jessica C.**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, September 02, 2008 1:26 PM |
| **To:** | Calagione, Jessica C. |
| **Subject:** | FedEx Shipment 792741151790 Delivered |

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Brown Rudnick |
| Name: | Jessica Calagione |
| E-mail: | jcalagione@brownrudnick.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 2766/000005.0254 |
| Ship (P/U) date: | Aug 19, 2008 |
| Delivery date: | Sep 2, 2008 11:01 AM |
| Sign for by: | J.GONCALVES |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 3.20 lb. |
| Special handling/Services: | Deliver Weekday |
| | |
| Tracking number: | 792741151790 |

| Shipper Information | Recipient Information |
|---|---|
| JESSICA CALAGIONE | CHRISTOPHER SUGRUE |
| BROWN RUDNICK | AV. AMILAR CABRAL NO 110-2;ED. |
| 7 TIMES SQUARE | SONONGOL DISTRIBUIDORA |
| NEW YORK | LUANDA |
| NY | AO |
| US | |
| 10036 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:26 PM CDT on 09/02/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

9/2/2008