USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re REFCO INC. SECURITIES LITIGATION    :   Case No. 07-md-1902 (JSR)
                                                             :
------------------------------------------------------------ X

This Document Relates To:

------------------------------------------------------------ X
KENNETH M. KRYS, *et al.*,                      :
                                                             :   Case No. 08-cv-3065 (JSR)
                                    Plaintiffs,  :   Case No. 08-cv-3086 (JSR)
                                                             :
            -against-                                :
                                                             :
CHRISTOPHER SUGRUE, *et al.*,            :
                                                             :
                                    Defendants.  :
------------------------------------------------------------ X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant PricewaterhouseCoopers LLP stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of all claims in the above-captioned action against PricewaterhouseCoopers LLP and Mari Ferris.

Dated: New York, New York
August 22, 2013

BROWN RUDNICK LLP

By: _____
David J. Molton
Andrew S. Dash
Mason C. Simpson

Seven Times Square
New York, New York  10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
adash@brownrudnick.com
msimpson@brownrudnick.com

- and -

Leo R. Beus
Lee M. Andelin
Brown Rudnick LLP
701 North 44th Street
Phoenix, Arizona  85008
Tel: (480) 429-3000
Fax: (480) 429-3100
lbeus@beusgilbert.com
landelin@beusgilbert.com

*Attorneys for Plaintiffs*

**KING & SPALDING LLP**

By: _____
   James J. Capra, Jr.
   James P. Cusick
   J. Emmett Murphy

Telephone: (212) 556-2100
Facsimile: (212) 556-2222
1185 Avenue of the Americas
New York, New York 10036
jcapra@kslaw.com
jcusick@kslaw.com
jemurphy@kslaw.com

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

SO ORDERED:

_____
USDJ
9-4-13